| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Corey Allen Butcher** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1565 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Elizabeth Kennard Butcher** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–7098 <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** <br> Case number:   **18–23072   KRA** | | Date case filed for chapter **13:   5/1/18** |

Official Form 309I (12/17)

# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Corey Allen Butcher | Elizabeth Kennard Butcher |
| 2. | **All other names used in the last 8 years** | dba TBB Logan, LLC | aka Elizabeth Maria Butcher, aka Liz Butcher, aka Liz Kennard Butcher |
| 3. | **Address** | PO Box 6286 <br> Logan, UT 84341 | PO Box 6286 <br> Logan, UT 84341 |
| 4. | **Debtor's attorney** <br> Name and address | Scott G. Wilding <br> Scott G. Wilding, PLLC <br> 44 South 100 West <br> Brigham City, UT 84302 | Contact phone 801–866–4070 <br><br> Email: scottwilding@gmail.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lon Jenkins tr <br> 405 South Main Street <br> Suite 600 <br> Salt Lake City, UT 84111 | Contact phone (801) 596–2884 <br><br> Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court <br> District of Utah <br> 350 South Main #301 <br> Salt Lake City, UT 84101 <br><br> Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday <br><br> Contact phone: (801) 524–6687 <br><br> Website: www.utb.uscourts.gov |

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1
Date Generated: 5/17/18                                                                                                                                        **For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Jun. 14, 2018** at **9:00 AM**<br><br>Location:<br>**Federal Building, 324 25th Street, Room 1407, Ogden, UT 84401** |
| **8. Deadlines**<br>  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/13/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 7/10/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/29/18** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket** | The debtor has filed a plan.<br>The hearing on confirmation will be held on: **7/18/18** at **01:00 PM**<br>Location: **U.S. Bankruptcy Court, Rm 376, 350 South Main Street, Salt Lake City, UT 84101** | |
| **Objections to Confirmation** | Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at   www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Utah

In re:                                                                Case No. 18-23072-KRA
Corey Allen Butcher                                                   Chapter 13
Elizabeth Kennard Butcher
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2          User: jtt                Page 1 of 2           Date Rcvd: May 17, 2018
                              Form ID: 309I            Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2018.
```
db/jdb         Corey Allen Butcher,    Elizabeth Kennard Butcher,    PO Box 6286,    Logan, UT  84341
10972248      +Alpine Orthopaedic Specialists,    PO Box 6250,    Logan, UT 84341-6250
10972251      +Cache Valley Hospital,    PO Box 6220,    Logan, UT 84341-6220
10972252      +Cannon Law Associates,    8619 S Sandy Parkway, Ste 111,    Sandy, UT 84070-6404
10972253      +Cascade Collections Ll,    Po Box 970547,    Orem, UT 84097-0547
10972254      +Chad C Rasmussen,    2230 N University Pkwy, Unit 7E,    Provo, UT 84604-6701
10972255      +Comcast,    1350 N 200 W,    Logan, UT 84341-6801
10972256      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
10972261       Dr. George Wooten,    6800 Old Main Hill,    Logan, UT 84321
10972264      +Fair Dinkum, LLC,    8619 S. Sandy Pkwy., Ste. 111,    Sandy, UT 84070-6404
10972265      +Fedex,    1555 N 1000,    Logan, UT 84321-1901
10972266      +First District Court Cache County,    135 North 100 West,    Logan, UT 84321-5058
10972268      +Globalreceiv,    2703 N Highway 75,    Sherman, TX 75090-2567
10972270      +Interwest Anesthesia Associates,    274 N Main St,    Logan, UT 84321-3915
10972271      +JACOB A WATTERSON,    Olsen & Hoggan,    130 South Main Suite 200,    Logan, UT 84321-5387
10972273      +JSO Associates,    17 Maple Dr,    Great Neck, NY 11021-2049
10972272      +Jonathan E. Jenkins,    PO Box 4674,    Logan, UT 84323-4674
10972274      +K Bradley Carr,    10808 South River Front Parkway,    Ste. 175,    South Jordan, UT 84095-5961
10972275      +Knight Adjustment Bureau,    5525 South 900 East,    Suite 215,    Salt Lake City, UT 84117-3500
10972276      +Logan Justice Court,    446 North 1st West,    Logan, UT 84321-3919
10972277      +Mary Fajen,    7503 KINGSTONHILL COURT,    Cincinnati, OH 45255-2463
10972278      +McKenzie & McKenzie,    PO Box 4672,    Logan, UT 84323-4672
10972279      +Meade Recovery Service,    95 W Golf Course Rd,    Logan, UT 84321-5990
10972280      +Miller Utah Carzz,    960 Main St,    Logan, UT 84321-3231
10972282      +North American Recovery,    Nar, Inc,    Po Box 271014,    Salt Lake City, UT 84127-1014
10972283      +Outsource Receivables Management,    PO Box 166,    Ogden, UT 84402-0166
10972284      +RC Willey Home Furnishings,    Attn: Bankruptcy Dept,    Po Box 410429,
                Salt Lake City, UT 84141-0429
10972285      +RGS PROPERTIES,    940 E 320 N,    Logan, UT 84321-4378
10972286      +Roto Rooter,    825 W 200 S,    Logan, UT 84321-5050
10972287       Sign Pro,    3205 North Main,    Logan, UT 84321
10972288      +Social Security Admininstration/New York,    Office Of  Regional Commissioner,
                26 Federal Plaza  Rm 40-120,    New York, NY 10278-0004
10972289      +The Logo Shop,    40 S Main St,    Logan, UT 84321-4536
10972290      +United Auto Credit Co,    Attn: Bankruptcy,    Po Box 163049,    Fort Worth, TX 76161-3049
10972292      +Zollinger Group,    DBA Zollinger Cold Storage,    699 W 1700 S, Bldg 5,    Logan, UT 84321-6219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: scottwilding@gmail.com May 18 2018 01:47:30      Scott G. Wilding,
                Scott G. Wilding, PLLC,    44 South 100 West,    Brigham City, UT  84302
tr            +E-mail/Text: bnc@ch13ut.org May 18 2018 01:48:40      Lon Jenkins tr,    405 South Main Street,
                Suite 600,    Salt Lake City, UT 84111-3408
10972247      +E-mail/Text: aceoflogan@yahoo.com May 18 2018 01:48:14      Acfinlgn,    1300 N 200 E,
                Logan, UT 84341-2398
10972249      +EDI: APPLIEDBANK.COM May 18 2018 05:23:00      Applied Bank,    Po Box 17125,
                Wilmington, DE 19850-7125
10972250      +E-mail/Text: banko@bonncoll.com May 18 2018 01:48:35      Bonneville Collections,
                Po Box 150621,    Ogden, UT 84415-0621
10972257      +EDI: CCS.COM May 18 2018 05:23:00      Credit Collections Services,    Attention: Bankruptcy,
                725 Canton Street,    Norwood, MA 02062-2679
10972258       E-mail/Text: teresa@cslinc.biz May 18 2018 01:47:42      Credit Service of Logan, Inc.,
                P.O. Box 3730,    Logan, UT 84323-3730
10972259      +EDI: DISCOVER.COM May 18 2018 05:23:00      Discover Financial,    Po Box 3025,
                New Albany, OH 43054-3025
10972260      +EDI: ESSL.COM May 18 2018 05:23:00      Dish Network,    Dept 94063,    Palatine, IL 60055-0001
10972262      +E-mail/Text: bknotice@ercbpo.com May 18 2018 01:48:18      ERC/Enhanced Recovery Corp,
                Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
10972263      +E-mail/Text: bankruptcy@expressrecovery.com May 18 2018 01:48:04
                Express Recovery Services, Inc,    Po Box 26415,    Salt Lake City, UT 84126-0415
10972267      +EDI: AMINFOFP.COM May 18 2018 05:23:00      First Premier Bank,    Po Box 5524,
                Sioux Falls, SD 57117-5524
10972269      +EDI: IIC9.COM May 18 2018 05:23:00      I C System Inc,    444 Highway 96 East,    P.O. Box 64378,
                St. Paul, MN 55164-0378
10972281      +E-mail/Text: jlothrop@macu.com May 18 2018 01:48:01      Mountain America Cre,
                Attn: Bankruptcy,    Po Box 9001,    West Jordan, UT 84084-9001
10972291      +EDI: WFFC.COM May 18 2018 05:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 15
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

```
District/off: 1088-2          User: jtt                Page 2 of 2            Date Rcvd: May 17, 2018
                              Form ID: 309I            Total Noticed: 49
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 1, 2018 at the address(es) listed below:

```
              Lon  Jenkins tr    ecfmail@ch13ut.org,  lneebling@ch13ut.org
              Scott G. Wilding    on behalf of Joint Debtor Elizabeth Kennard Butcher scottwilding@gmail.com,
               annmarie@casedriver.com;g.sr73130@notify.bestcase.com
              Scott G. Wilding    on behalf of Debtor Corey Allen Butcher scottwilding@gmail.com,
               annmarie@casedriver.com;g.sr73130@notify.bestcase.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 4
```